■　THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALLAN FOLEY, Appellant.— Oral motion by appellant to dispense with printing and to enlarge time to perfect appeal, granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. The appellant's time is extended to the February Term, commencing January 30, 1961; appeal ordered on the calendar for said term. Nolan, P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

## (January 16, 1961)

■　LAWRENCE DIETZ, JR., Appellant, v. LUCIE M. DIETZ, Respondent.— Motion for a stay of all proceedings on the part of the defendant-respondent, pending the hearing and determination of the appeal herein, granted, except that defendant-respondent is permitted to proceed with her motion for temporary alimony, returnable January 16, 1961. This stay is granted on condition that appellant be ready to argue or submit the appeal on January 30, 1961, for which date the appeal is ordered to be placed on the calendar. The papers on appeal and the appellant's brief must be served and filed on or before January 24, 1961. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■　In the Matter of the Accounting of JENNIE NAVASKY, as Administratrix C. T. A. of the Estate of LIZZIE BIRNBAUM, Also Known as LIZZIE WILNER, Deceased. BORIS J. FRIEDKISS, Appellant; JENNIE NAVASKY et al., Respondents.— Motion by appellant for reargument or for leave to appeal to the Court of Appeals with respect to an order of this court dated November 7, 1960, denying his motion to vacate a previous order of this court, dated September 12, 1960, dismissing his appeal. Motion denied. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■　In the Matter of the Accounting of PATRICK CURTIN, as Administrator of the Estate of ISABELLA H. CURTIN, Deceased, Respondent. JAMES HERRON et al., Appellants.— Motion by respondents to dismiss appeal denied. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■　PAUL MADDAUS, Respondent, v. THOMAS T. BOWMAN, Appellant.— Motion by respondent for leave to appeal to the Court of Appeals from an order of this court dated December 5, 1960, and to stay the execution of said order, denied. Motion by respondent to extend his time to comply with said order granted; time extended until 10 days after the entry of the order hereon. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■　THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAWRENCE CONDON, Appellant.— Motion by appellant to enlarge time to perfect appeal, granted; time enlarged to the April Term, commencing March 27, 1961; appeal ordered on the calendar for said term. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.